YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Argued November 29, 1937; decided January 4, 1938.

*Paul Windels, Corporation Counsel (Robert C. Rand, Sol Charles Levine, Edmund B. Hennefeld* and *Robert Granville Burke* of counsel), for appellant.

*George L. Allin* and *Yorke Allen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.